UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED TRANSPORTATION UNION,

     Petitioner,

  v.

UNION PACIFIC RAILROAD
COMPANY,

     Respondent.

Case No. 08-cv-299-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered against the

petitioner, United Transportation Union and in favor of the respondent, Union Pacific Railroad

Company, and that this case is dismissed with prejudice.

**DATED: February 6, 2009**

**KEENAN G. CASADY**

**s/Brenda K. Lowe**
**Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**