UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED TRANSPORTATION UNION,

    Petitioner,

v.

UNION PACIFIC RAILROAD COMPANY,

    Respondent.

Case No. 08-cv-299-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Respondent Union Pacific Railroad Company's Unopposed Motion for Extension of Time to File its Bill of Costs and Motion for Attorney's Fees (Doc.25). Pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(i), Respondent must file its bill of costs and motion for fees within 14 days after the entry of judgment unless otherwise ordered by the Court. Respondent requests a one-week extension of time in order to reach an agreement with Petitioner as to payment of costs and fees. Petitioner does not oppose the Motion. Therefore, for good cause shown, the Court GRANTS the Motion (Doc. 25). Respondent is given up to and including February 27, 2009, to file its bill of costs and/or its motion for attorney's fees and expenses.

**IT IS SO ORDERED.**
**DATED: February 23, 2009**

                                          s/ J. Phil Gilbert
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**